UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                      No. 2:16-CR-20010

MICHAEL DALE ROBINSON                                                                    DEFENDANT

## ORDER

Before the Court is Defendant Michael Robinson's motion (Doc. 27) for early termination of his supervised release. The Government does not oppose the motion (Doc. 28). The motion will be granted.

Title 18 U.S.C. § 3583(e)(1) allows the Court to terminate supervised release if, after a consideration of the sentencing factors set out in 18 U.S.C. § 3553(a), the Court is satisfied that such action is warranted by the conduct of the defendant and in the interest of justice.

Mr. Robinson pled guilty to possession with intent to distribute methamphetamine and was sentenced to a term of 37 months' imprisonment followed by a term of supervised release of 3 years. Mr. Robinson's term of supervised release began on December 12, 2018 after his release from the Bureau of Prisons. At the time he filed this motion (Doc. 27), Mr. Robinson had approximately 1 year and 2 months of his supervised release remaining.

Mr. Robinson requests that the Court terminate his remaining term of supervised release so he can spend more time with his family and promote his organization, the Committee for Social Advancement-Fort Smith. The mission of this organization is "to build a platform that will help reduce the spread of asymptomatic racism and income inequality that exists in our community." Mr. Robinson's supervising United States Probation Officer has confirmed that he has not violated the conditions of his supervised release and that the Probation Office has identified no further steps

1

it believes Mr. Robinson should take to promote his reintegration into society. (Doc. 28, p. 2). Accordingly, it is the Court's view that early termination is warranted by Mr. Robinson's conduct and the interest of justice.

IT IS THEREFORE ORDERED that Defendant Michael Robinson's motion (Doc. 27) is GRANTED.

IT IS SO ORDERED this 8th day of October, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE